No. 4,926.—CHRISTINE LAKE, Administratrix, Respond-
ENT, *v.* JOHN P. PAYNE, Appellant.

*Appeal from District Court, Phillips County; C. D. Borton, Judge.*

Decided February 7, 1922.

PER CURIAM.—Pursuant to stipulation of the parties in the above-entitled cause, the appeal is dismissed, each party paying his own costs.

*Mr. I. Parker Veazey, Jr., Mr. W. L. Clift* and *Mr. R. H. Glover,* for Appellant.

*Messrs. Tressler & Kirton, Mr. Geo. C. Stiles,* and *Mr. F. M. Miner,* for Respondent.

———

No. 4,951.—STATE ex . rel. BERT B. GRANTIER, Appel-
LANT, *v.* WM. R. WOODS, Jr., Sheriff, Respondent.

*Appeal from District Court, Fergus County; Rudolf Von Tobel, Judge.*

Decided February 20, 1922.

PER CURIAM.—Pursuant to motion of respondent, and for good cause shown, the appeal in the above-entitled cause is dismissed.

*Messrs. Belden & De Kalb,* and *Mr. B. W. Walker,* for Appellant.

*Mr. J. C. Huntoon,* for Respondent.